326 So.2d 319

**In re Leroy WILSON, Jr.**

v.

**STATE.**

**Ex parte Leroy Wilson, Jr.**

**SC 1628.**

Supreme Court of Alabama.

Jan. 22, 1976.

Alice L. Anderson, Enterprise, for petitioner.

None for the State.

MERRILL, Justice.

Petition of Leroy Wilson, Jr. for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Wilson v. State,* 57 Ala.App. 125, 326 So.2d 316.

Writ denied.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.

321 So.2d 664

**In re Judy Norma WOMBLE**

v.

**Carlos Arthur WOMBLE, Jr.**

**Ex parte Carlos Arthur Womble, Jr.**

**SC 1487.**

Supreme Court of Alabama.

Oct. 30, 1975.

Robert S. Vance, Birmingham, for petitioner.

No appearance for respondent.

FAULKNER, Justice.

Petitioner of Carlos Arthur Womble, Jr. for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *Womble v. Womble,* 56 Ala.App. 318, 321 So.2d 660.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.

328 So.2d 626

**In re Ralph WORKS**

v.

**STATE.**

**Ex parte Ralph Works.**

**SC 1719.**

Supreme Court of Alabama.

March 19, 1976.

William D. Hudson, Gadsden, for petitioner.

None for the State.

FAULKNER, Justice.

Petition of Ralph Works for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Works v. State,* 57 Ala.App. 373, 328 So.2d 624.

WRIT DENIED.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.